**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **HUGO ERNANDO GUERRA LEMUS,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. EA-26-1855** |
| **JOSEPH B. EDLOW, *et al.*,** | * | |
| **Defendants.** | * | |

**ORDER**

Plaintiff Hugo Ernando Guerra Lemus initiated the above-captioned action on May 11, 2026, seeking to compel action on his Deferred Action for Childhood Arrivals renewal request filed with the United States Citizenship and Immigration Services. ECF No. 1. On June 9, 2026, prior to the Defendants' filing of a responsive pleading, Mr. Guerra Lemus filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a). ECF No. 12. That notice is approved.

In light of the foregoing, it is hereby ORDERED that the Complaint is DISMISSED WITH PREJUDICE. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court is directed to CLOSE this case.

Date: June 10, 2026

/s/
Erin Aslan
United States Magistrate Judge